Zachary M. Best, SBN 166035
Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILZ COFFEE, INC.; 1600 SHATTUCK ASSOCIATES, A GENERAL PARTNERSHIP, | No. 4:16-cv-07102-HSG<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE UNDER GENERAL ORDER 56 AND LOCAL RULE 7-11** |

Plaintiff, Francisca Moralez ("Plaintiff"), reports that mediation in this matter took place on September 6, 2017. A Certification of ADR Session was filed on September 13, 2017 stating that the ADR process was complete (Dkt. 38). Plaintiff has reached a settlement in principle with defendant Philz Coffee, Inc., and the parties are circulating a settlement agreement for final approval and signatures. Plaintiff has not yet reached a settlement with defendant 1600 Shattuck Associates, a General Partnership.

Therefore, pursuant to General Order 56, Paragraph 8, and Local Rule 7-11, Plaintiff requests that the Court set a Case Management Conference in this matter.

Dated: September 13, 2017                        MISSION LAW FIRM, A.P.C.

                                                             */s/ Tanya E. Moore*
                                                             Tanya E. Moore
                                                             Attorneys for Plaintiff,
                                                             Francisca Moralez

**ORDER**

Upon motion of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference in this matter is set for October 10, 2017, at 2:00 p.m., in Courtroom 2 located at 1301 Clay Street, 4th Floor, Oakland, before the Honorable Hayward S. Gilliam, Jr. The Parties shall file their Joint Case Management Conference Statement no later than seven (7) days prior to the conference pursuant to, and in compliance with, Local Rule 16-9.

**IT IS SO ORDERED.**

Dated: September 14, 2017

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE