1 Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
2 MISSION LAW FIRM, A.P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046
Email: service@mission.legal
5
Attorneys for Plaintiff,
6 Francisca Moralez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>PHILZ COFFEE, INC., et al.,<br><br>          Defendants. | Case No. 4:16-cv-07102-HSG<br><br>**PLAINTIFF FRANCISCA MORALEZ'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: October 10, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>District Judge Haywood S. Gilliam, Jr. |

WHEREAS, a Case Management Conference in this matter is set for October 10, 2017 at 2:00 p.m. before District Judge Haywood S. Gilliam, Jr.;

WHEREAS, Plaintiff Francisca Moralez's ("Plaintiff") counsel, Zachary M. Best, wishes to avoid the expenditure of fees and costs incident to in-person attendance at the Case Management Conference. Notably, counsel for Plaintiff is based in the Sierra Nevada Foothills and would incur fees and costs to travel 140 miles one-way (280 round-trip) driving three hours (minimum) each way to get to the Court to attend in-person. Plaintiff's counsel is able and

willing to appear telephonically;

WHEREAS, Plaintiff's counsel will make arrangements to appear by CourtCall for the Case Management Conference;

NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to appear telephonically by CourtCall at the Case Management Conference.

Respectfully submitted,

Dated: October 4, 2017   MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Francisca Moralez

## **ORDER**

Request having been made by Plaintiff to appear telephonically at the Case Management Conference and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff, Zachary M. Best, shall appear telephonically at the Case Management Conference. Plaintiff's counsel shall make arrangements to appear telephonically by CourtCall. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: October 4, 2017

United States District Judge