CHARLES D. JARRELL (BAR NO. 172108)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: cjarrell@allenmatkins.com

BALDWIN J. LEE (BAR NO. 187413)
ALLISON L. SHRALLOW (BAR NO. 272924)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
ashrallow@allenmatkins.com

Attorneys for Defendant
1600 SHATTUCK ASSOCIATES, L.P. (erroneously sued as
1600 Shattuck Associates, a General Partnership)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

Plaintiff,

vs.

PHILZ COFFEE, INC., et al.,

Defendant.

Case No. 4:16-cv-07102-HSG

DEFENDANT 1600 SHATTUCK ASSOCIATES, L.P.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER

Date: October 10, 2017
Time: 2:00 p.m.
Ctrm: 2
District Judge Haywood S. Gilliam, Jr.

WHEREAS, a Case Management Conference in this matter is set for October 10, 2017 at 2:00 p.m. before District Judge Haywood S. Gilliam, Jr.;

WHEREAS, Defendant 1600 Shattuck Associates, L.P.'s ("Defendant') counsel, Charles D. Jarrell, wishes to avoid the expenditure of fees and costs incident to in-person attendance at the Case Management Conference. Notably, counsel for Defendant is based in Los Angeles, California and would incur fees and costs to travel each way to get to the Court to attend in-person. Defendant's counsel is able and willing to appear telephonically;

WHEREAS, Defendant's counsel will make arrangements to appear by CourtCall for the Case Management Conference;

NOW, THEREFORE, request is hereby made that Defendant's counsel be permitted to appear telephonically by CourtCall at the Case Management Conference.

Respectfully submitted,

Dated: October 5, 2017

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
CHARLES D. JARRELL

By: *__/s/ Charles D. Jarrell__*
CHARLES D. JARRELL
Attorneys for Defendant
1600 SHATTUCK ASSOCIATES, L.P.
(erroneously sued as 1600 Shattuck Associates, a General Partnership)

**ORDER**

Request having been made by Defendant to appear telephonically at the Case Management Conference and good cause appearing;

IT IS HEREBY ORDERED that counsel for Defendant, Charles D. Jarrell, shall appear telephonically at the Case Management Conference. Defendant's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: October 6, 2017

Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court