| | |
|---|---|
| Zachary M. Best (Cal. Bar No. 166035)<br>MISSION LAW FIRM, A.P.C.<br>332 North Second Street<br>San Jose, CA 95112<br>Telephone: (408) 298-2000<br>Facsimile: (408) 298-6046<br>E-mail: service@mission.legal | Charles D. Jarrell (Cal. Bar No. 172108)<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 622-5555<br>Facsimile: (213) 620-8816<br>E-mail: cjarrell@allenmatkins.com |
| Attorneys for Plaintiff<br>FRANCISCA MORALEZ | |
| Jamerson C. Allen (Cal. Bar No. 132866)<br>Janelle J. Sahouria (Cal. Bar No. 253699)<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401<br>E-mail: AllenJ@jacksonlewis.com<br>E-mail: Janelle.Sahouria@jacksonlewis.com | Allison L. Shrallow (Cal. Bar No. 272924)<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Telephone: (415) 273-7425<br>Facsimile: (415) 837-1516<br>E-mail: ashrallow@allenmatkins.com |
| Attorneys for Cross-Defendant<br>PHILZ COFFEE, INC. | Attorneys for Defendant and Cross-Claimant<br>1600 SHATTUCK ASSOCIATES, L.P.<br>(erroneously sued as 1600 Shattuck Associates,<br>a General Partnership) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PHILZ COFFEE, INC.; 1600 SHATTUCK ASSOCIATES, a General Partnership,<br><br>    Defendants.<br><br>1600 SHATTUCK ASSOCIATES, L.P.,<br><br>    Cross-Claimant,<br><br>v.<br><br>PHILZ COFFEE, INC.,<br><br>    Cross-Defendant. | Case No. 4:16-cv-07102-HSG<br><br>**STIPULATION AND ORDER TO (1) SHORTEN BRIEFING SCHEDULE ON CROSS-DEFENDANT PHILZ COFFEE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AND (2) ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: December 13, 2016<br>Cross-Claim Filed: October 20, 2017<br>Trial Date: None Set |

Plaintiff Francisca Moralez ("Plaintiff"), Defendant and Cross-Claimant 1600 Shattuck Associates, L.P. ("1600 Shattuck"), and Cross-Defendant Philz Coffee, Inc. ("Philz"), by and through their respective attorneys of record, hereby stipulate as follows:

1. Pursuant to the Court's November 8, 2017 Minute Order (ECF No. 60) requiring the parties to meet and confer regarding a briefing schedule for Philz's Motion for Judgment on the Pleadings ("Motion"), Counsel for the parties met and conferred on November 14, 2017. Philz and 1600 Shattuck have agreed to attempt to resolve the October 20, 2017 Cross-Claim filed by 1600 Shattuck against Philz (ECF No. 50) and to have a further meet and confer on November 17, 2017 to attempt to avoid the need for the Motion. If it is necessary for Philz to file its Motion, the parties agree to the following briefing schedule for the Motion set for hearing on December 15, 2017.

- **Deadline to file Motion:** November 27, 2017
- **Deadline to file Opposition to Motion:** December 7, 2017
- **Deadline to file Reply to Motion:** December 11, 2017

If Philz determines that it will not file the Motion, it will contact the clerk of the Court and the parties so that the December 15, 2017 hearing date can be taken off calendar.

2. Also pursuant to the Court's November 8, 2017 Minute Order (ECF No. 60) requiring the parties to meet and confer regarding Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 57), the parties stipulate to Plaintiff filing the proposed amended complaint, attached hereto as **Exhibit A**. Based upon Philz's understanding and agreement that it has been satisfactorily dismissed from the action with prejudice by the Court, Plaintiff has agreed to remove Philz as a defendant from her action. Plaintiff further stipulates that in her proposed first amended complaint, the claims for equitable relief and damages she pursues against 1600 Shattuck are only those that were not resolved by the settlement agreement between Plaintiff and Philz. Plaintiff will file her First Amended Complaint within five days of the date the Court issues its Order on this Stipulation, and 1600 Shattuck's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

3. Upon the Court's issuance of the Order on this Stipulation, Plaintiff's motion to amend her complaint set for January 4, 2018 shall be vacated as moot.

**IT IS SO STIPULATED.**

Dated: November 15, 2017            MISSION LAW FIRM, A.P.C.

By:    s/Zachary M. Best
        Zachary M. Best
        Attorneys for Plaintiff
        FRANCISCA MORALEZ

Dated: November 15, 2017            ALLEN MATKINS LECK GAMBLE
                                                         MALLORY & NATSIS LLP

By:    s/Allison L. Shrallow
        Charles D. Jarrell
        Allison L. Shrallow
        Attorneys for Defendant and Cross-Claimant
        1600 SHATTUCK ASSOCIATES, L.P.
        (erroneously sued as 1600 Shattuck
        Associates, a General Partnership)

Dated: November 15, 2017            JACKSON LEWIS P.C.

By:    s/Jamerson C. Allen
        Jamerson C. Allen
        Janelle J. Sahouria
        Attorneys for Cross-Defendant
        PHILZ COFFEE, INC.

## **ORDER**

The Parties having so stipulated and good cause appearing, it is hereby ORDERED as follows:

1. The briefing schedule for Cross-Defendant Philz, Inc.'s Motion for Judgment on the Pleadings ("Motion") set for hearing on December 15, 2017 is as follows:

- **Deadline to file Motion:** November 27, 2017
- **Deadline to file Opposition to Motion:** December 7, 2017
- **Deadline to file Reply to Motion:** December 11, 2017

2. Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation as Exhibit A, within five days of the date this Order is issued. Defendant 1600 Shattuck Associates, a General Partnership's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

3. Plaintiff's motion to amend her complaint set for January 4, 2018 is hereby VACATED as moot.

**IT IS SO ORDERED.**

Dated: November 16, 2017

Haywood S. Gilliam, Jr.
United States District Judge