| | |
|---|---|
| Zachary M. Best (Cal. Bar No. 166035)<br>MISSION LAW FIRM, A.P.C.<br>332 North Second Street<br>San Jose, CA 95112<br>Telephone: (408) 298-2000<br>Facsimile: (408) 298-6046<br>E-mail: service@mission.legal<br><br>Attorneys for Plaintiff<br>FRANCISCA MORALEZ<br><br>Jamerson C. Allen (Cal. Bar No. 132866)<br>Janelle J. Sahouria (Cal. Bar No. 253699)<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401<br>E-mail: AllenJ@jacksonlewis.com<br>E-mail: Janelle.Sahouria@jacksonlewis.com<br><br>Attorneys for Cross-Defendant<br>PHILZ COFFEE, INC. | Charles D. Jarrell (Cal. Bar No. 172108)<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 622-5555<br>Facsimile: (213) 620-8816<br>E-mail: cjarrell@allenmatkins.com<br><br>Allison L. Shrallow (Cal. Bar No. 272924)<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Telephone: (415) 273-7425<br>Facsimile: (415) 837-1516<br>E-mail: ashrallow@allenmatkins.com<br><br>Attorneys for Defendant and Cross-Claimant<br>1600 SHATTUCK ASSOCIATES, L.P.<br>(erroneously sued as 1600 Shattuck Associates,<br>a General Partnership) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>PHILZ COFFEE, INC.; 1600 SHATTUCK ASSOCIATES, a General Partnership,<br><br>        Defendants.<br><br>1600 SHATTUCK ASSOCIATES, L.P.,<br><br>        Cross-Claimant,<br><br>v.<br><br>PHILZ COFFEE, INC.,<br><br>        Cross-Defendant. | Case No. 4:16-cv-07102-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON CROSS-DEFENDANT PHILZ COFFEE, INC.'S ANTICIPATED MOTION FOR JUDGMENT ON THE PLEADINGS BECAUSE OF TENTATIVE SETTLEMENT OF CROSS-CLAIM**<br><br>Complaint Filed: December 13, 2016<br>Cross-Claim Filed: October 20, 2017<br>Trial Date: None Set |

Plaintiff Francisca Moralez ("Plaintiff"), Defendant and Cross-Claimant 1600 Shattuck Associates, L.P. ("1600 Shattuck"), and Cross-Defendant Philz Coffee, Inc. ("Philz"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The hearing on Philz's Motion for Judgment on the Pleadings related to the Cross-Claim filed by 1600 Shattuck against Philz ("Motion") is scheduled for hearing by the Court on December 15, 2017. (ECF No. 60.) Pursuant to the Court's November 8, 2017 Minute Order, the parties were required by the Court to meet and confer regarding an expedited briefing schedule for the Motion. (*Id.*) The parties stipulated to and the Court entered an order setting forth the briefing schedule:

- **Deadline to file Motion:** November 27, 2017
- **Deadline to file Opposition to Motion:** December 7, 2017
- **Deadline to file Reply to Motion:** December 11, 2017

(ECF No. 64.)

2. 1600 Shattuck and Philz have reached a tentative settlement to resolve 1600 Shattuck's Cross-Claim against Philz (ECF No. 50). Settlement of the Cross-Claim would result in Philz no longer being any part of the above-referenced matter, and Philz's anticipated Motion would be moot. Given the upcoming Thanksgiving holiday and Philz's inspection of 1600 Shattuck's attorneys' redacted billing records, a condition of the tentative settlement, the parties anticipate that it will take at least two weeks to finalize the settlement and memorialize it in a written agreement.

3. 1600 Shattuck and Philz therefore request that the Court continue the hearing for Philz's Motion until mid-January 2018 to allow the parties to settle the Cross-Claim. If 1600 Shattuck and Philz are unable to settle the Cross-Claim by December 22, 2017, they will meet and confer and file by that date a stipulation and proposed order establishing a briefing schedule on the Motion.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 22, 2017 | MISSION LAW FIRM, A.P.C. |
| | By: s/Zachary M. Best |
| | Zachary M. Best |
| | Attorneys for Plaintiff |
| | FRANCISCA MORALEZ |
| Dated: November 22, 2017 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| | By: s/Allison L. Shrallow |
| | Charles D. Jarrell |
| | Allison L. Shrallow |
| | Attorneys for Defendant and Cross-Claimant |
| | 1600 SHATTUCK ASSOCIATES, L.P. |
| | (erroneously sued as 1600 Shattuck Associates, a General Partnership) |
| Dated: November 22, 2017 | JACKSON LEWIS P.C. |
| | By: s/Jamerson C. Allen |
| | Jamerson C. Allen |
| | Janelle J. Sahouria |
| | Attorneys for Cross-Defendant |
| | PHILZ COFFEE, INC. |

## **ORDER**

The Parties having so stipulated and good cause appearing, it is hereby ORDERED as follows:

1. The hearing for Cross-Defendant Philz, Inc.'s Motion for Judgment on the Pleadings ("Motion") is continued from December 15, 2017 until January 18, 2018.

2. Cross-Claimant and Defendant 1600 Shattuck Associates, L.P. and Cross-Defendant Philz,'s Inc. will meet and confer and file by December 22, 2017 a stipulation establishing briefing schedule if they are unable to finalize their tentative settlement of the Cross-Claim prior to that date.

**IT IS SO ORDERED.**

Dated: November 27, 2017

_/s/ Haywood S. Gilliam, Jr._
Haywood S. Gilliam, Jr.
United States District Judge