1  CHARLES D. JARRELL (BAR NO. 172108)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   865 South Figueroa Street, Suite 2800
3  Los Angeles, California 90017-2543
   Phone: (213) 622-5555
4  Fax: (213) 620-8816
   E-Mail: cjarrell@allenmatkins.com
5
   BALDWIN J. LEE (BAR NO. 187413)
6  ALLISON L. SHRALLOW (BAR NO. 272924)
   ALLEN MATKINS LECK GAMBLE
7    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
8  San Francisco, CA  94111-4074
   Phone: (415) 837-1515
9  Fax: (415) 837-1516
   E-Mail: blee@allenmatkins.com
10           ashrallow@allenmatkins.com

11 Attorneys for Defendant
   1600 SHATTUCK ASSOCIATES, L.P. (erroneously sued as
12 1600 Shattuck Associates, a General Partnership)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>PHILZ COFFEE, INC.; 1600 SHATTUCK ASSOCIATES, a General Partnership,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. 4:16-cv-07102-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

1  JAMERSON C. ALLEN (BAR NO. 132866)
   JANELLE J. SAHOURIA (BAR NO. 253699)
2  JACKSON LEWIS P.C.
   332 North Second Street
3  50 California Street, 9th Floor
4  San Francisco, CA 94111
   Phone: (415) 394-9400
5  Fax: (415) 394-9401
   Email: allenj@jacksonlewis.com
6

7  Attorneys for Defendant
   PHILZ COFFEE, INC.
8

9  Zachary M. Best (BAR NO. 166035)
   Tanya E. Moore (BAR NO. 206683O
10 MISSION LAW FIRM, A.P.C.
   332 North Second Street
11 San Jose, California 95112
12 Phone: (408) 298-2000
   Fax: (408) 298-6046
13 E-mail: service@mission.legal

14 Attorneys for Plaintiff,
   FRANCISCA MORALEZ

Pursuant to Fed. R. Civ. P. 41, Plaintiff Francisca Moralez, Defendant Philz Coffee, Inc. and Defendant 1600 Shattuck Associates, L.P. jointly stipulate that 1600 Shattuck Associates, L.P.'s Cross-Claim against Defendant Philz Coffee, Inc. be dismissed with prejudice, and each party to bear its own attorneys' fees and costs.

Dated: January 24, 2018

ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP

By: */s/ Allison L. Shrallow*
CHARLES JARRELL
ALLISON L. SHRALLOW
Attorneys for Defendant
1600 SHATTUCK ASSOCIATES, L.P.

Dated: January 24, 2018

JACKSON LEWIS P.C.

By: */s/ Janelle J. Sahouria* (with permission)
JAMERSON C. ALLEN
JANELLE J. SAHOURIA
Attorneys for Defendant
PHILZ COFFEE, INC.

Dated: January 24, 2018

MISSION LAW FIRM, A.P.C.

By: */s/ Tanya E. Moore* (with permission)
ZACHARY M. BEST
TANYA E. MOORE
Attorneys for Plaintiff
FRANCISCA MORALEZ

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Defendant's 1600 Shattuck Associates, L.P.'s Cross-Claim and all of its claims against Defendant Philz Coffee, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:   1/25/2018

HAYWOOD S. GILLIAM, JR.
United States District Court Judge