| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>Email: service@mission.legal |
| 5 | Attorney for Plaintiff |
| 6 | Francisca Moralez |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCA MORALEZ, | ) | No. 4:16-cv-07102-HSG |
| Plaintiff, | ) ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) ) | |
| PHILZ COFFEE, INC.; 1600 SHATTUCK ASSOCIATES, A GENERAL PARTNERSHIP, | ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CROSS-CLAIM. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez ("Plaintiff") and Defendant 1600 Shattuck Associates, L.P. ("Defendant"), the parties remaining in this Action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: February 9, 2018        MISSION LAW FIRM, A.P.C.

                               */s/ Zachary M. Best*
                               Zachary M. Best
                               Attorneys for Plaintiff,
                               Francisca Moralez

Dated: February 9, 2018        ALLEN MATKINS

                               */s/ Allison Shrallow*
                               Charles D. Jarrell
                               Allison Shrallow
                               Attorneys for Defendant,
                               1600 Shattuck Associates, L.P.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                               */s/ Zachary M. Best*
                               Zachary M. Best
                               Attorneys for Plaintiff
                               Francisca Moralez

# **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Francisca Moralez ("Plaintiff") and Defendant 1600 Shattuck Associates, L.P. ("Defendant") shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 12, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge